# UNITED STATES COURT OF APPEALS
## FOR THE
## SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 16th day of June, two thousand twenty-six.

_____

In Re: Mia Yang,
        Petitioner.

----------------------------------------------      **ORDER**

Mia Yang,

        Petitioner,          Docket No. 26-1072

   v.

United States of America,

        Respondent.

_____
_____

In Re: Anonymous Registered Crime Victim,
        Petitioner.

----------------------------------------------------

Anonymous Registered Crime Victim,          Docket No. 26-1129

        Petitioner,

   v.

United States of America,

        Respondent.

_____
_____

In Re: Doe,
        Petitioner.

----------------------------------------------------

Doe,          Docket No. 26-1178

        Petitioner,

   v.

United States of America,

        Respondent.

_____

_____

In Re: Bangzhi Jiang,

      Petitioner.

---------------------------------------------------

Bangzhi Jiang,                                                                    Docket No. 26-1192

      Petitioner,

  v.

United States of America,

      Respondent.

_____
_____

In Re: Bao Chu,

      Petitioner.

-----------------------------------------------------

Bao Chu,                                                                    Docket No. 26-1296

      Petitioner,

  v.

United States of America,

      Respondent.

_____
_____

In Re: Sarah,

      Petitioner.

---------------------------------------------------------

Sarah,                                                                    Docket No. 26-1476

      Petitioner,

  v.

United States of America,

      Respondent.

_____

In Re: Anna,
        Petitioner.

----------------------------------------------------

Anna,
        Petitioner,

  v.

United States of America,
        Respondent.

Docket No. 26-1626

In Re: Zhiqiang Chen,
        Petitioner.

------------------------------------------------------

Zhiqiang Chen,
        Petitioner,

  v.

United States of America,
        Respondent.

Docket No. 26-1629

IT IS HEREBY ORDERED that the above-captioned petitions shall be heard in tandem.

For the Court:
Catherine O'Hagan Wolfe,
Clerk of Court